UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Arizona corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JDS BUILDERS GROUP, INC., a California corporation,<br><br>    Defendant. | No. 2:13-cv-02495-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff states in its Status Report filed February 14, 2014:

> [Plaintiff] may seek a default judgment against defendant, JDS, who failed to timely appear in the action on February 10, 2014. [Plaintiff] has advised personal counsel for JDS in the underlying *Siracusa* action of the failure to timely appear and [Plaintiff's] intent to pursue a default judgment if JDS does not appear by February 24, 2014.

(Pl.'s Status Report 8:16-21, ECF No. 7.)

Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than March 10, 2014, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a writing filed why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under

1

Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

Further, the status conference scheduled for hearing on March 3, 2014, is continued to commence at 9:00 a.m. on August 18, 2014. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: February 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2