UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Arizona corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>JDS BUILDERS GROUP, INC., a California corporation,<br><br>           Defendant. | No. 2:13-cv-02495-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a Notice of Settlement on March 7, 2014, in which it states: "the lawsuit has been settled" and "requests 60 days or until May 6, 2014, to file the dispositional documents." (Pl.'s Notice of Settlement 2:2-8, ECF No. 9.)

Therefore, a dispositional document shall be filed no later than May 6, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  March 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge